No. 75–121. JULIA *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 75–135. SHUMATE & CO., INC., ET AL. *v.* NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–136. YOUNGER, ATTORNEY GENERAL OF CALIFORNIA *v.* TAHOE REGIONAL PLANNING AGENCY ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–141. BINKLEY *v.* HENDRICKSON. Ct. App. Ind. Certiorari denied.

No. 75–144. SUAREZ ET UX. *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–148. ZEVCHIK *v.* NORFOLK & WESTERN RAILWAY CO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 75–149. FIRST BANK & TRUST COMPANY OF BOCA RATON, TRUSTEE *v.* TOWN OF PALM BEACH ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 75–156. DALLAS CAP & EMBLEM MFG., INC. *v.* BOSTON PROFESSIONAL HOCKEY ASSN., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–159. RILEY *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.